IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLLIN MITCHELL OWENS,

    Plaintiff,

    v.

GUY L. HALL,

    Defendant.

No. CV 06-425-AS

OPINION & ORDER

**MOSMAN, J.,**

    On April 19, 2007, Magistrate Judge Ashmanskas issued Findings and Recommendation ("F&R") (#26) in the above-captioned case recommending plaintiff's habeas corpus petition (#1) be denied. No objections were filed.

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

PAGE 1 - OPINION & ORDER

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

      Upon review, I agree with Judge Ashmanskas's recommendation to DENY plaintiff's petition (#1), and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this  23rd  day of May, 2007.

                                           /s/ Michael W. Mosman
                                         MICHAEL W. MOSMAN
                                         United States District Court